**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Teran Gonzalez v. Anthony Myles

Appellate case number:    01-20-00664-CV

Trial court case number:  35095

Trial court:                      506th District Court of Grimes County

Appellant Teran Gonzalez filed a motion to proceed as indigent. The clerk's record shows that appellant filed a declaration of indigence in the trial court. This declaration is sufficient to meet the requirements for appellant to be considered unable to afford the costs on appeal. *See* TEX. R. CIV. P. 145(b); TEX. R. APP. P. 20.1(a), (b).

Accordingly, we **grant** appellant's motion. The Clerk of the Court will indicate in its records that appellant is indigent and not responsible for payment of any costs on appeal.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court

Date: ___June 16, 2022_____